DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

L.L.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2538

_____

November 26, 2025

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed without prejudice to any right L.L. may have to file an appropriate motion for collateral relief. *See L.D.K. v. State*, 32 So. 3d 64, 65 (Fla. 2d DCA 2009) (noting our inability to address juvenile disposition errors that are not preserved by either a contemporaneous objection or a motion under Florida Rule of Juvenile Procedure 8.135(b)).

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.